IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | | |
|---|---|---|
| ECONOMIC RESEARCH SERVICES, INC. | ) ) | CV-08-02-BU-RFC |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION OF |
| NORTHWESTERN CORPORATION, | ) ) | U.S. MAGISTRATE JUDGE |
| Defendant. | ) ) ) | |

On March 27, 2008, United States Magistrate Judge Carolyn S. Ostby entered her Findings and Recommendation. Magistrate Judge Ostby recommends this Court deny Defendant's Motion to Dismiss.

Upon service of a magistrate judge's findings and recommendation, a party has 10 days to file written objections. 28 U.S.C. § 636(b)(1). In this matter, no party filed objections to the Findings and Recommendation. Failure to object to a magistrate judge's findings and recommendation waives all objections to the findings of fact. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1999). However, failure to object does not relieve this Court of its burden to review de novo the magistrate judge's conclusions of law. *Barilla v. Ervin*, 886 F.2d 1514, 1518 (9th Cir. 1989).

1

After a review of the record and applicable law, this Court finds Magistrate Judge Ostby's Findings and Recommendation are well grounded in law and fact and adopts them in their entirety.

A federal court only has jurisdiction over a matter which presents a federal question, as set forth by 28 U.S.C. § 1331, or where there is complete diversity of citizenship and the amount in controversy exceeds $75,000, as set forth by 28 U.S.C. § 1332. The record indicates that this Court has jurisdiction based on diversity of citizenship on the basis that Plaintiff is incorporated in Florida and Defendant is incorporated Delaware. It is clear to the Court that any indication otherwise was simply based on a misstatement of Counsel. Consequently, diversity is not defeated.

Accordingly, **IT IS HEREBY ORDERED** Motion to Dismiss (*Doc. 4*) is **DENIED.**

The Clerk of Court shall notify the parties of the making of this Order.

DATED the 24th day of June, 2008.

_/s/ Richard F. Cebull_____
RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE