**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MONTANA**

**BUTTE  DIVISION**



FILED
BILLINGS DIV.

2009 JAN 22 PM 1 27

PATRICK E. DUFFY, CLERK

BY _____
        DEPUTY CLERK

| | | |
|---|---|---|
| ECONOMIC RESEARCH SERVICES,  INC., | ) | CV-08-02-BU-RFC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER ADOPTING FINDINGS** |
| | ) | **AND RECOMMENDATIONS OF** |
| NORTHWESTERN CORPORATION, | ) | **U.S. MAGISTRATE JUDGE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

On December 17, 2008, United States Magistrate Judge Carolyn Ostby

entered her Findings and Recommendations in this case. *Doc. 34.*  Magistrate

Judge Ostby recommends this Court dismiss Defendant's Counterclaims of deceit

and actual fraud (Counts V and VI, respectively) for failure to satisfy the

particularity requirements of Fed.R.Civ.P.  9(b).

Further Magistrate Ostby notes that the Defendant's arguments raised here

were also raised in CV 08-02-BU-RFC-CSO wherein this Court granted dismissal

of the same claims.

1

Upon service of a magistrate judge's findings and recommendation, a party has 10 days to file written objections. 28 U.S.C. § 636(b)(1). In this matter, no party filed objections to the Findings and Recommendation. Failure to object to a magistrate judge's findings and recommendation waives all objections to the findings of fact. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1999). However, failure to object does not relieve this Court of its burden to review de novo the magistrate judge's conclusions of law. *Barilla v. Ervin*, 886 F.2d 1514, 1518 (9th Cir. 1989).

After an extensive review of the record and applicable law, this Court finds Magistrate Judge Ostby's Findings and Recommendation are well grounded in law and fact and adopts them in their entirety.

Accordingly, **IT IS HEREBY ORDERED** Plaintiff's Motion to Dismiss Counts V and VI (*Doc. 24*) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Counts V and VI shall be dismissed without prejudice.

The Clerk of Court shall notify the parties of the making of this Order.

DATED the 21st day of January, 2009.

RICHARD F. CEBULL
CHIEF U.S. DISTRICT JUDGE

2