IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | | |
|---|---|---|
| ECONOMIC RESEARCH SERVICES, INC., | ) ) ) | Cause No.  CV-08-02-BU-RFC-CSO |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | ORDER ALLOWING COUNSEL TO APPEAR AT PRELIMINARY PRETRIAL CONFERENCE BY TELEPHONE |
| NORTHWESTERN CORPORATION, | ) ) | |
| Defendant. | ) ) | |

_____

Pursuant to counsel for Third-Party Defendants' motion (Doc. 57) and for good cause shown, the Court will permit the parties to attend the Preliminary Pretrial Conference scheduled for June 23, 2009, by telephone.  Counsel for Third-Party Defendants shall arrange for the conference call.  The Court's number for this purpose is (406) 247-7025.

Dated this 15th day of June, 2009.

/s/ *Carolyn S. Ostby*
Carolyn S. Ostby
United States Magistrate Judge