IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

Butte.
~~BILLINGS~~ DIVISION

FILED
BILLINGS DIV.
2009 JUN 29 AM 11 38
PATRICK E. DUFFY, CLERK
BY _____
BU DEPUTY CLERK

| | |
|---|---|
| ECONOMIC RESEARCH SERVICES, INC., | CV-08-02-~~BLG~~-RFC-CSO |
| Plaintiffs, | |
| vs. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |
| NORTHWESTERN CORPORATION, | |
| Defendants. | |

On May 28, 2009, United States Magistrate Judge Carolyn S. Ostby entered Findings and Recommendation recommending the dismissal of Counts III and IV of NorthWestern Corporation's Third Party Claim (*Doc. 22*). *Doc. 50*.

Upon service of a magistrate judge's findings and recommendation, a party has 10 days to file written objections. 28 U.S.C. § 636(b)(1). No objections have yet been filed. This failure to object waives all objections to the findings of fact, *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1999), but does not relieve this Court of its burden to review de novo the magistrate judge's conclusions of law. *Barilla v. Ervin*, 886 F.2d 1514, 1518 (9th Cir. 1989).

1

After a review of the record and applicable law, this Court finds Magistrate Judge Ostby's Findings and Recommendation are well grounded in law and fact and adopts them in their entirety.

Accordingly, **IT IS HEREBY ORDERED** that David Salant and Auction Technologies, Inc.'s Motion to Dismiss, Counts III, *Deceit*, and IV, *Actual Fraud*, of NorthWestern Corporation's Third Party Claim (*Doc. 43*) is **GRANTED:** Counts III and IV of NorthWestern Corporation's Third Party Claim are **DISMISSED WITHOUT PREJUDICE.**

The Clerk of Court shall notify the parties of the entry of this Order.

DATED the 29th day of June 2009.

/s/ Richard F. Cebull
RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE

2